UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

(GREENBELT DIVISION)

| | |
|---|---|
| **MARJORIE STEWART,** *ET AL.*<br>Plaintiffs<br>v.<br>**HOWARD NORMAN BIERMAN,** *ET AL.*<br>Defendants | Civil Case Number:<br><br>_____ |

# PLAINTIFFS' EXHIBIT NO. 3

# (Sec. of State – Notary Decommissions)

**STATE OF MARYLAND**
EXECUTIVE DEPARTMENT
**MARTIN O'MALLEY**
GOVERNOR

**ANTHONY G. BROWN**
LT. GOVERNOR

OFFICE OF THE SECRETARY OF STATE
STATE HOUSE
ANNAPOLIS, MARYLAND 21401
(410) 974-5521
TOLL FREE 888-874-0013
FAX (410) 974-5190
TDD: 800-735-2258

*JOHN P. MCDONOUGH*
SECRETARY OF STATE

*BRIAN R. MOE*
DEPUTY SECRETARY OF STATE

August 6, 2010

**Via Certified and Regular U.S. Mail**

Robert M. Johnson
21 Featherwood Court, Apt 23
Silver Spring, MD 20904

Dear Mr. Johnson:

Under section 18-104 of the State Government Article of the <u>Annotated Code of Maryland</u> and the appropriate designation of authority by the Governor, the Secretary of State, or the Assistant Secretary of State has the authority to remove a notary public from office for good cause. You were notified in correspondence dated July 20, 2010, of the Office of the Secretary of State's intention to remove you from office and were provided an opportunity for a hearing. You failed to request a hearing by August 4, 2010, the date specified in the correspondence.

This correspondence serves to notify you that the Office of the Secretary of State has removed you from the office of notary public in the State of Maryland. The impending removal is based upon your failure to witness the signature of Jacob Geesing on a document titled "Affidavit of Notice by Mail Prior to Sale" dated July 28, 2009, failure to administer an acknowledgment to Jacob Geesing on a document titled "Affidavi of Notice by Mail Prior to Sale" dated July 28, 2009 and failure to maintain/provide a fair register of your official acts as a notary public.

As a result of this removal from office, you are prohibited from performing official notarial acts. While you should retain your official registry of notarial acts for recordkeeping purposes, you must destroy your notarial seal or stamp. You should also be aware that if you use your notarial seal or stamp, you may face criminal penalties for violating relevant provisions of Maryland's criminal law, including unlawfully affixing a public seal to a document.

If you have any questions concerning your removal from office, please contact Richard A. Morris, Director of the Charities & Legal Services Division, at 410-974-5530.

Sincerely,

Brian Moe
Deputy Secretary of State

cc:  Notary Division, Office of the Secretary of State
     License Department, Clerk of the Circuit Court, Montgomery County

**STATE OF MARYLAND**
EXECUTIVE DEPARTMENT
**MARTIN O'MALLEY**
GOVERNOR

**ANTHONY G. BROWN**
LT. GOVERNOR

OFFICE OF THE SECRETARY OF STATE
STATE HOUSE
ANNAPOLIS, MARYLAND 21401
(410) 974-5521
TOLL FREE 888-874-0013
FAX (410) 974-5190
TDD: 800-735-2258

**JOHN P. MCDONOUGH**
SECRETARY OF STATE

**BRIAN R. MOE**
DEPUTY SECRETARY OF STATE

August 6, 2010

**Via Certified and Regular U.S. Mail**

Melanie J. Walton
1304 Elm Grove Circle
Silver Spring, MD 20905

Dear Ms. Walton:

Under section 18-104 of the State Government Article of the Annotated Code of Maryland and the appropriate designation of authority by the Governor, the Secretary of State, or the Assistant Secretary of State has the authority to remove a notary public from office for good cause. You were notified in correspondence dated July 20, 2010, of the Office of the Secretary of State's intention to remove you from office and were provided an opportunity for a hearing. You failed to request a hearing by August 4, 2010, the date specified in the correspondence.

This correspondence serves to notify you that the Office of the Secretary of State has removed you from the office of notary public in the State of Maryland. The impending removal is based upon your failure to witness the signature of Jacob Geesing, failure to administer an acknowledgment to Jacob Geesing, and failure to maintain/provide a fair register of your official acts as a notary public. These violations occurred on four documents titled "Affidavits of Non-Military Service"; two of which were dated March 23, 2009 and two of which were dated November 9, 2009.

As a result of this removal from office, you are prohibited from performing official notarial acts. While you should retain your official registry of notarial acts for recordkeeping purposes, you must destroy your notarial seal or stamp. You should also be aware that if you use your notarial seal or stamp, you may face criminal penalties for violating relevant provisions of Maryland's criminal law, including unlawfully affixing a public seal to a document.

If you have any questions concerning your removal from office, please contact Richard A. Morris, Director of the Charities & Legal Services Division, at 410-974-5530.

Sincerely,

Brian Moe
Deputy Secretary of State

cc:   Notary Division, Office of the Secretary of State
      License Department, Clerk of the Circuit Court, Montgomery County

**STATE OF MARYLAND**
EXECUTIVE DEPARTMENT
**MARTIN O'MALLEY**
GOVERNOR

**ANTHONY G. BROWN**
LT. GOVERNOR



OFFICE OF THE SECRETARY OF STATE
STATE HOUSE
ANNAPOLIS, MARYLAND 21401
(410) 974-5521
TOLL FREE 888 874-0013
FAX (410) 974-5190
TDD: 800 735-2258

*JOHN P. MCDONOUGH*
SECRETARY OF STATE

*BRIAN R. MOE*
DEPUTY SECRETARY OF STATE

August 6, 2010

**Via Certified and Regular U.S. Mail**

Rodnita Moulton
25 Main View Court
Randallstown, MD 21133

Dear Ms. Moulton:

Under section 18-104 of the State Government Article of the <u>Annotated Code of Maryland</u> and the appropriate designation of authority by the Governor, the Secretary of State, or the Assistant Secretary of State has the authority to remove a notary public from office for good cause. You were notified in correspondence dated July 20, 2010, of the Office of the Secretary of State's intention to remove you from office and were provided an opportunity for a hearing. You failed to request a hearing by August 4, 2010, the date specified in the correspondence.

This correspondence serves to notify you that the Office of the Secretary of State has removed you from the office of notary public in the State of Maryland. The impending removal is based upon your failure to witness the signature of Jacob Geesing, failure to administer an acknowledgment to Jacob Geesing, and failure to maintain/provide a fair register of your official acts as a notary public. These violations are from two documents named "Affidavit of Deed of Trust Debt" dated July 21, 2008; a document named "Affidavit of Non-Military Service" and "Affidavit of Deed of Trust Debt" dated August 1, 2008; an "Affidavit Deed of Trust Debt" dated December 17, 2008; and a document named "Affidavit on Non-Military Service" and "Affidavit Deed of Trust Debt" dated December 18, 2008.

As a result of this removal from office, you are prohibited from performing official notarial acts. While you should retain your official registry of notarial acts for recordkeeping purposes, you must destroy your notarial seal or stamp. You should also be aware that if you use your notarial seal or stamp, you may face criminal penalties for violating relevant provisions of Maryland's criminal law, including unlawfully affixing a public seal to a document.

If you have any questions concerning your removal from office, please contact Richard A. Morris, Director of the Charities & Legal Services Division, at 410-974-5530.

Sincerely,

Brian Moe
Deputy Secretary of State

cc:  Notary Division, Office of the Secretary of State
     License Department, Clerk of the Circuit Court, Baltimore County

**STATE OF MARYLAND**
EXECUTIVE DEPARTMENT
**MARTIN O'MALLEY**
GOVERNOR

**ANTHONY G. BROWN**
LT. GOVERNOR



OFFICE OF THE SECRETARY OF STATE
STATE HOUSE
ANNAPOLIS, MARYLAND 21401
(410) 974-5521
TOLL FREE 888-874-0013
FAX (410) 974-5190
TDD: 800 735 2258

**JOHN P. MCDONOUGH**
SECRETARY OF STATE

**BRIAN R. MOE**
DEPUTY SECRETARY OF STATE

August 6, 2010

Melinda L. Mendoza
3501 43rd Avenue
Brentwood, MD 20722

Dear Ms. Mendoza:

Since you did not go to the Prince George's County Circuit Court to pickup your commission and be sworn in to renew your commission as a notary public in the State of Maryland, you are no longer a notary public in the State of Maryland. Failure to be sworn in for the new commission within 30 days of issue (issue date 5/24/2010) results in the revocation of that commission. Your prior notary commission expired on June 24, 2010. This means that you are no longer commissioned as a notary public in the State of Maryland and can no longer act within the capacity of a notary public.

Should you wish to apply to become a notary public in the State of Maryland again, you must first have a hearing, with this office, regarding the notarization for Jacob Geesing on July 17, 2008 (Affidavit Deed of Trust Debt) so that we can determine whether or not we would accept your application to become a notary public again. Since the time of this inquiry we have had two other documents that you notarized come into question. The notarizations were done on January 9, 2008 for Howard Bierman (Certification Regarding Debt Instrument) and January 15, 2008 for Rachel Bayard (Deed of Appointment of Substitute Trustee). We will address these notarizations at the same hearing for the above mentioned notarization should you ever decide to apply to become a notary public again.

Should you wish to have this hearing in an attempt to apply to become a notary public in the State of Maryland in the future, or have any further questions, please contact me at 410-260-3879.

Sincerely,

Michael P. Schlein
Investigator
Charities/Legal Services Division

**STATE OF MARYLAND**
EXECUTIVE DEPARTMENT
**MARTIN O'MALLEY**
GOVERNOR

**ANTHONY G. BROWN**
LT GOVERNOR

OFFICE OF THE SECRETARY OF STATE
STATE HOUSE
ANNAPOLIS, MARYLAND 21401
(410) 974-5521
TOLL FREE 888-874-0013
FAX (410) 974-5190
TDD 800 735 2258

**JOHN P. MCDONOUGH**
SECRETARY OF STATE

**BRIAN R. MOE**
DEPUTY SECRETARY OF STATE

August 6, 2010

Lucinda Shepard
4520 East West Highway #200
Bethesda, MD 20814

Dear Ms. Shepard:

Your notary public commission expired on July 1, 2010. This means that you are no longer commissioned as a notary public in the State of Maryland and can no longer act within the capacity of a notary public. Should you wish to apply to become a notary public in the State of Maryland again, you must first have a hearing, with this office, regarding the notarizations for Jacob Geesing on May 11, 2009 (Amended Affidavit of Deed of Trust Debt and Right to Foreclosure) and July 1, 2009 (Affidavit of Non-Military Service) so that we can determine whether or not we will accept your application to become a notary public again.

Should you wish to have this hearing in an attempt to apply to become a notary public in the State of Maryland in the future, or have any further questions, please contact me at 410-260-3879.

Sincerely,

Michael P. Schlein
Investigator
Charities/Legal Services Division