# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

## (GREENBELT DIVISION)

| | |
|---|---|
| **MARJORIE STEWART, *ET AL.*** | Civil Case Number: |
| Plaintiffs | |
| *v.* | |
| **HOWARD NORMAN BIERMAN, *ET AL.*** | _____ |
| Defendants | |

# PLAINTIFFS' EXHIBIT NO. 4

# (Fabricated Signatures – NP Edlavitch)

31301  336

**ALL THE FOLLOWING DESCRIBED LAND AND PREMISES, WITH THE IMPROVEMENTS, EASEMENTS, AND APPURTANENCES THEREUNTO BELONGING, SITUATE, LYING AND BEING IN TH 18TH ELECTION DISTRICT OR PRINCE GEORGE'S COUNTY, MARYLAND, NAMELY: LOT NUMBERED THREE (3) IN BLOCK NUMBERED TWO (2), IN THE SUBDIVISION KNOWN AS, "PLAT ONE, PLEASANT HILLS", AS PER PLAT THEREOF RECORDED AMONG THE LAND RECORDS OF PRINCE GEORGE'S COUNTY, MARYLAND IN PLAT BOOK BB 6 AT PLAT NO. 69. BEING LOCATED IN THE 18TH ELECTION DISTRICT OF SAID COUNTY.**

and further known as 6212 Addison Road, Capitol Heights, MD 20743

Subject to restrictions, covenants and easements of record.

I hereby certify that the within instrument was prepared under the supervision of either Howard N. Bierman, Jacob Geesing or Carrie M. Ward, attorneys-at-law duly admitted to practice before the Court of Appeals of the State of Maryland.

Howard N. Bierman
Jacob Geesing
Carrie M. Ward

WITNESS the hands and seals of the said Substitute Trustee(s).

IN PRESENCE OF

Howard N. Bierman
Jacob Geesing
Carrie M. Ward

STATE OF MARYLAND              )
COUNTY OF MONTGOMERY          ) ss.

I, _David A. Edlavitch_ , a Notary Public in and for the aforesaid jurisdiction do hereby certify that the above Substitute Trustee _Howard N. Bierman_ , personally appeared before me in said jurisdiction, being personally well known to me or satisfactorily proven to me as the person who executed this Deed and acknowledged the same to be their intentional act and deed.

Given under my hand and seal this _11th_ day of _December_ , 2009.

My Commission Expires: _12/4/11_          Notary Public

*[Notary seal: DAVID A. EDLAVITCH / NOTARY PUBLIC / MONTGOMERY COUNTY, MD]*

31301  341

BEING KNOWN AND DESIGNATED AS LOT NUMBERED THIRTY-THREE (33) IN BLOCK LETTERED "A", IN A SUBDIVISION KNOWN AS "BRADBURY PARK", PRINCE GEORGE'S COUNTY, MARYLAND, AS PER PLAT THEREOF RECORDED IN PLAT BOOK WWW 21 AT FOLIO 92, AMONG THE LAND RECORDS OF SAID PRINCE GEORGE'S COUNTY, MARYLAND.

and further known as 2605 Fort Drive, Camp Springs, MD 20746

Subject to restrictions, covenants and easements of record.

I hereby certify that the within instrument was prepared under the supervision of either Howard N. Bierman, Jacob Geesing and Carrie M. Ward, attorneys-at-law duly admitted to practice before the Court of Appeals of the State of Maryland.

Howard N. Bierman
Jacob Geesing
Carrie M. Ward

WITNESS the hands and seals of the said Substitute Trustees.

IN PRESENCE OF

Howard N. Bierman

Jacob Geesing

Carrie M. Ward

STATE OF MARYLAND          )
COUNTY OF MONTGOMERY       ) ss.

I, _David A. Edlavitch_, a Notary Public in and for the aforesaid jurisdiction do hereby certify that Howard N. Bierman, Jacob Geesing and Carrie M. Ward, parties to a certain deed bearing the date of the 26th day of October, 2009, and hereto annexed, personally appeared before me in said jurisdiction, the said parties, being personally well known to me or satisfactorily proven to me as the persons who executed the same deed and acknowledged the same to be their intentional act and deed.

Given under my hand and seal this 26th day of October, 2009.

My Commission Expires: 12/4/11          Notary Public

LIBER **12303** PAGE **388**

SITUATE IN BALTIMORE CITY, MARYLAND AND DESCRIBED AS FOLLOWS, THAT IS TO SAY: BEING THE SAME AND BEING KNOWN AND DESIGNATED AS LOTS 396 AND 397 FRONTING IN THE AGGREGATE 48 FEET, MORE OR LESS, ON THE SOUTH SIDE OF GEORGETOWN ROAD AS SHOWN ON THE PLAT OF MORRELL PARK EXTENDED, RECORDED AMONG THE LAND RECORDS OF BALTIMORE CITY IN PLAT BOOK SCL NO. 1, FOLIO 284 AND 285, BE THE SAME MORE OR LESS, BUT SUBJECT TO ALL LEGAL HIGHWAYS.

and further known as 2627 Georgetown Road, Baltimore, MD 21230 — 7796

Subject to restrictions, covenants and easements of record.

I hereby certify that the within instrument was prepared under the supervision of either Howard N. Bierman, Jacob Geesing and Carrie M. Ward, attorneys-at-law duly admitted to practice before the Court of Appeals of the State of Maryland.

Howard N. Bierman
Jacob Geesing
Carrie M. Ward

WITNESS the hands and seals of the said Substitute Trustees.

IN PRESENCE OF

Howard N. Bierman

Jacob Geesing

Carrie M. Ward

STATE OF MARYLAND        )
COUNTY OF MONTGOMERY     ) ss.

I, _David A Edlavich_, a Notary Public in and for the aforesaid jurisdiction do hereby certify that Howard N. Bierman, Jacob Geesing and Carrie M. Ward, parties to a certain deed bearing the date of the _7th_ day of _October_, 2009, and hereto annexed, personally appeared before me in said jurisdiction, the said parties, being personally well known to me or satisfactorily proven to me as the persons who executed the same deed and acknowledged the same to be their intentional act and deed.

Given under my hand and seal this _7th_ day of _October_, 2009.

My Commission Expires: _11/4/11_        Notary Public

[Notary seal: DAVID A. EDLAVITCH — NOTARY PUBLIC — MONTGOMERY COUNTY, MD]

LIBER 12298 PAGE 188

**SEE ATTACHED LEGAL DESCRIPTION**

and further known as 2605 Elsinore Avenue, Baltimore, MD 21216

Subject to restrictions, covenants and easements of record.

I hereby certify that the within instrument was prepared under the supervision of either Howard N. Bierman, Jacob Geesing or Carrie M. Ward, attorneys-at-law duly admitted to practice before the Court of Appeals of the State of Maryland.

Howard N. Bierman

Jacob Geesing

Carrie M. Ward

WITNESS the hands and seals of the said Substitute Trustee(s).

IN PRESENCE OF

Howard N. Bierman

Jacob Geesing

Carrie M. Ward

STATE OF MARYLAND )

COUNTY OF MONTGOMERY ) ss.

I, _David A. Edlavitch_, a Notary Public in and for the aforesaid jurisdiction do hereby certify that the above Substitute Trustee _Howard N. Bierman_, personally appeared before me in said jurisdiction, being personally well known to me or satisfactorily proven to me as the person who executed this Deed and acknowledged the same to be their intentional act and deed.

Given under my hand and seal this _3rd_ day of _December_, 2009.

My Commission Expires: _12/4/11_   Notary Public

LIBER 12286 PAGE 210

**SEE ATTACHED LEGAL DESCRIPTION**

and further known as 117 South Eaton Street, Baltimore, MD 21224 -6284

 Subject to restrictions, covenants and easements of record.

I hereby certify that the within instrument was prepared under the supervision of either Howard N. Bierman, Jacob Geesing and Carrie M. Ward, attorneys-at-law duly admitted to practice before the Court of Appeals of the State of Maryland.

Howard N. Bierman
Jacob Geesing
Carrie M. Ward

 WITNESS the hands and seals of the said Substitute Trustees.

 IN PRESENCE OF

_____   _____
Howard N. Bierman

David A. Edlavitch       Jacob Geesing
as to all
_____   _____
 Jacob Geesing

_____   _____
 Carrie M. Ward

STATE OF MARYLAND )
COUNTY OF MONTGOMERY ) ss.

 I, David A. Edlavitch, a Notary Public in and for the aforesaid jurisdiction do hereby certify that Howard N. Bierman, Jacob Geesing and Carrie M. Ward, parties to a certain deed bearing the date of the 26th day of October, 2009, and hereto annexed, personally appeared before me in said jurisdiction, the said parties, being personally well known to me or satisfactorily proven to me as the persons who executed the same deed and acknowledged the same to be their intentional act and deed.

 Given under my hand and seal this 26th day of October, 2009.

My Commission Expires: 12/1/11       _____
 Notary Public

*Notary seal: DAVID A. EDLAVITCH / NOTARY PUBLIC / MONTGOMERY COUNTY, MD*

LIBER I 2 2 9 4 PAGE I 99

BGW#: 69893

## AFFIDAVIT OF CONSIDERATION
## AND OF NO CONTRACT OF SALE
## AND NO SETTLEMENT STATEMENT

Howard N. Bierman, Jacob Geesing and Carrie M. Ward, Substitute Trustee , being duly sworn, hereby deposes and states as follows:

1.   I am a Substitute Trustee under a certain deed of trust granted by Torie Y. Hines dated September 09, 2005, and recorded among the Land Records of Baltimore City, Maryland in Liber 7045, Folio 073. I am also a grantor in that Substitute Trustees' Deed from Howard N. Bierman, Jacob Geesing and Carrie M. Ward to Deutsche Bank National Trust Company conveying the same property conveyed in trust in the above described deed of trust, and submitted hereto for recording.

2.   I hereby certify under penalty of perjury that the consideration for the deed submitted herein is as set out in said deed, i.e., $395,250.00. I also certify that, because this conveyance is made pursuant to a foreclosure sale wherein the mortgagee was the purchaser, there was no contract of sale and no HUD-1 settlement sheet.

The foregoing statements are based upon personal knowledge, and are true and accurate.

*~ 0000*

_____

Howard N. Bierman
Jacob Geesing
Carrie M. Ward

Sworn before me on this *16th* day of *December* ,2009.

_____
Notary Public
My Commission Expires: 12/4/11

BK 2 1 8 4 2 PG 4 7 9

**SEE ATTACHED LEGAL DESCRIPTION**

and further known as 1236 Seminole Drive, Unit # 40, Arnold, MD 21012

Subject to restrictions, covenants and easements of record.

I hereby certify that the within instrument was prepared under the supervision of either Howard N. Bierman, Jacob Geesing and Carrie M. Ward, attorneys-at-law duly admitted to practice before the Court of Appeals of the State of Maryland.

Howard N. Bierman

Jacob Geesing

Carrie M. Ward

WITNESS the hands and seals of the said Substitute Trustees.

**IN PRESENCE OF**

_____        Howard N. Bierman

_____        Jacob Geesing

_____        Carrie M. Ward

STATE OF MARYLAND          )
COUNTY OF MONTGOMERY     ) ss.

I, _____ a Notary Public in and for the aforesaid jurisdiction do hereby certify that Howard N. Bierman, Jacob Geesing and Carrie M. Ward, parties to a certain deed bearing the date of the 27th day of _October_____, 2009, and hereto annexed, personally appeared before me in said jurisdiction, the said parties, being personally well known to me or satisfactorily proven to me as the persons who executed the same deed and acknowledged the same to be their intentional act and deed.

Given under my hand and seal this 27th day of _October_____, 2009.

My Commission Expires: _12/4/11_        _____
                                          Notary Public

BEING KNOWN AND DESIGNATED AS LOTS NUMBERED TEN (10) AND ELEVEN (11) IN BLOCK "B" ON THE PLAT OF ORCHARD BEACH, WHICH PLAT IS RECORDED AMONG THE LAND RECORDS OF ANNE ARUNDEL COUNTY RECORDED IN LIBER WNW NO. 2, FOLIO 32.

and further known as 7807 Bridge Drive, Baltimore, MD 21226

Subject to restrictions, covenants and easements of record.

I hereby certify that the within instrument was prepared under the supervision of either Howard N. Bierman, Jacob Geesing and Carrie M. Ward, attorneys-at-law duly admitted to practice before the Court of Appeals of the State of Maryland.

Howard N. Bierman

Jacob Geesing

Carrie M. Ward

WITNESS the hands and seals of the said Substitute Trustees.

IN PRESENCE OF

Howard N. Bierman

Jacob Geesing

Carrie M. Ward

STATE OF MARYLAND )
COUNTY OF MONTGOMERY ) ss.

I, _David A. Edlavitch_ a Notary Public in and for the aforesaid jurisdiction do hereby certify that Howard N. Bierman, Jacob Geesing and Carrie M. Ward, parties to a certain deed bearing the date of the _8th_ day of _June_, 2009, and hereto annexed, personally appeared before me in said jurisdiction, the said parties, being personally well known to me or satisfactorily proven to me as the persons who executed the same deed and acknowledged the same to be their intentional act and deed.

Given under my hand and seal this _8th_ day of _June_, 2009.

My Commission Expires: _12/4/11_        Notary Public

BK 2 | 7 0 9 PG | 9 6

BEING KNOWN AND DESIGNATED AS LOT 38 SHOWN ON THE PLAT ENTITLED "SECTION 1, LEHIGH", WHICH PLAT IS RECORDED AMONG THE LAND RECORDS OF ANNE ARUNDEL COUNTY IN PLAT BOOK 25, FOLIO 48.

and further known as 203 Saint James Place, Glen Burnie, MD 21061

Subject to restrictions, covenants and easements of record.

I hereby certify that the within instrument was prepared under the supervision of either Howard N. Bierman, Jacob Geesing and Carrie M. Ward, attorneys-at-law duly admitted to practice before the Court of Appeals of the State of Maryland.

Howard N. Bierman
Jacob Geesing
Carrie M. Ward

WITNESS the hands and seals of the said Substitute Trustees.

IN PRESENCE OF

Howard N. Bierman

Jacob Geesing

Carrie M. Ward

STATE OF MARYLAND          )
COUNTY OF MONTGOMERY       ) ss.

I, David A. Edlavitch a Notary Public in and for the aforesaid jurisdiction do hereby certify that Howard N. Bierman, Jacob Geesing and Carrie M. Ward, parties to a certain deed bearing the date of the 23rd day of September, 2009, and hereto annexed, personally appeared before me in said jurisdiction, the said parties, being personally well known to me or satisfactorily proven to me as the persons who executed the same deed and acknowledged the same to be their intentional act and deed.

Given under my hand and seal this 23rd day of September, 2009.

My Commission Expires: 12/4/11          Notary Public

LIBER **12298** PAGE**351**

**SEE ATTACHED LEGAL DESCRIPTION**

and further known as 3511 Woodstock Avenue, Baltimore, MD 21213

Subject to restrictions, covenants and easements of record.

I hereby certify that the within instrument was prepared under the supervision of either Howard N. Bierman, Jacob Geesing and Carrie M. Ward, attorneys-at-law duly admitted to practice before the Court of Appeals of the State of Maryland.

_____

Howard N. Bierman

Jacob Geesing

Carrie M. Ward

**WITNESS** the hands and seals of the said Substitute Trustees.

**IN PRESENCE OF**

_____     _____

Howard N. Bierman

_David A Edlavitch_               _Jacob Geesing_

_as to all_                       Jacob Geesing

                                  _Cee_

_____     _____

Carrie M. Ward


STATE OF MARYLAND                    )
COUNTY OF MONTGOMERY                 ) ss.

I, _David A Edlavitch_, a Notary Public in and for the aforesaid jurisdiction do hereby certify that Howard N. Bierman, Jacob Geesing and Carrie M. Ward, parties to a certain deed bearing the date of the ___8th___ day of ___September___, 2009, and hereto annexed, personally appeared before me in said jurisdiction, the said parties, being personally well known to me or satisfactorily proven to me as the persons who executed the same deed and acknowledged the same to be their intentional act and deed.

Given under my hand and seal this ___8th___ day of ___September___, 2009.

My Commission Expires: _12/4/11_        _____

                                        Notary Public

**SEE ATTACHED LEGAL DESCRIPTION**

and further known as 9086 Canterbury Riding, Unit # 135, Laurel, MD 20723

Subject to restrictions, covenants and easements of record.

I hereby certify that the within instrument was prepared under the supervision of either Howard N. Bierman, Jacob Geesing or Carrie M. Ward, attorneys-at-law duly admitted to practice before the Court of Appeals of the State of Maryland.

_Carrie M Ward_

Howard N. Bierman
Jacob Geesing
Carrie M. Ward

WITNESS the hands and seals of the said Substitute Trustee(s).

IN PRESENCE OF

_____        _____
                                Howard N. Bierman
                                Jacob Geesing
                                Carrie M. Ward

STATE OF MARYLAND          )
COUNTY OF MONTGOMERY       ) ss.

I, _David A Edlavitch_ , a Notary Public in and for the aforesaid jurisdiction do hereby certify that the above Substitute Trustee _Carrie M. Ward_ , personally appeared before me in said jurisdiction, being personally well known to me or satisfactorily proven to me as the person who executed this Deed and acknowledged the same to be their intentional act and deed.

Given under my hand and seal this _23rd_ day of _November_ , 2009.

My Commission Expires: _18/4/11_     _____
                                      Notary Public

LIBER 12315 FOLIO 387

**SEE ATTACHED LEGAL DESCRIPTION**

and further known as 10211 Rutland Round Road, Unit # 67, Columbia, MD 21044

Subject to restrictions, covenants and easements of record.

I hereby certify that the within instrument was prepared under the supervision of either Howard N. Bierman, Jacob Geesing and Carrie M. Ward, attorneys-at-law duly admitted to practice before the Court of Appeals of the State of Maryland.

_____

Howard N. Bierman

Jacob Geesing

Carrie M. Ward

WITNESS the hands and seals of the said Substitute Trustees.

IN PRESENCE OF

_____     _____

Howard N. Bierman

_____     _____

Jacob Geesing

_____     _____

Carrie M. Ward

STATE OF MARYLAND          )

COUNTY OF MONTGOMERY       ) ss.

I, _David A Edlavitch_ a Notary Public in and for the aforesaid jurisdiction do hereby certify that Howard N. Bierman, Jacob Geesing and Carrie M. Ward, parties to a certain deed bearing the date of the _29th_ day of _October_, 2009, and hereto annexed, personally appeared before me in said jurisdiction, the said parties, being personally well known to me or satisfactorily proven to me as the persons who executed the same deed and acknowledged the same to be their intentional act and deed.

Given under my hand and seal this _29th_ day of _October_, 2009.

My Commission Expires: _12/4/11_          _____

Notary Public

All Taxes on Assessments certified
to the Collector of Taxes for
Howard County, Md. by _11/18/09_
have been paid. This statement is for
the purpose of permitting recordation
and is not assurance against further
taxation even for prior periods, nor
does it guarantee satisfaction of
outstanding tax sales

DAVID A. EDLAVITCH
NOTARY PUBLIC
MONTGOMERY COUNTY, MD

LIBER 12305 FOLIO 274

BEING KNOWN AND DESIGNATED AS LOT NUMBERED TWO (2) IN THE SUBDIVISION KNOWN AS "TWIN PINES", WHICH PLAT IS RECORDED AS PLAT NUMBER 15949, AMONG THE LAND RECORDS HOWARD COUNTY, MARYLAND. THE IMPROVEMENTS THEREON BEING KNOWN AS 3112 STILES WAY, WEST FRIENDSHIP, MARYLAND 21794.

and further known as 3112 Stiles Way, West Friendship, MD 21794

Subject to restrictions, covenants and easements of record.

I hereby certify that the within instrument was prepared under the supervision of either Howard N. Bierman, Jacob Geesing and Carrie M. Ward, attorneys-at-law duly admitted to practice before the Court of Appeals of the State of Maryland.

Howard N. Bierman
Jacob Geesing
Carrie M. Ward

WITNESS the hands and seals of the said Substitute Trustees.

IN PRESENCE OF

_____     Howard N. Bierman

_____     Jacob Geesing

_____     Carrie M. Ward

STATE OF MARYLAND          )
COUNTY OF MONTGOMERY       ) ss.

I, _____, a Notary Public in and for the aforesaid jurisdiction do hereby certify that Howard N. Bierman, Jacob Geesing and Carrie M. Ward, parties to a certain deed bearing the date of the _____ day of _____, 2009, and hereto annexed, personally appeared before me in said jurisdiction, the said parties, being personally well known to me or satisfactorily proven to me as the persons who executed the same deed and acknowledged the same to be their intentional act and deed.

Given under my hand and seal this 15th day of October, 2009.

My Commission Expires: 12/4/11          Notary Public

DAVID A. EDLAVITCH
NOTARY PUBLIC
MONTGOMERY COUNTY, MD

LIBER 12298 FOLIO 180

LOT NUMBERED THIRTY-SIX (36) AS SHOWN ON A PLAT ENTITLED PLEASANT CHASE, SECTION 1, PHASE 3", AS PER PLAT THEREOF RECORDED AS PLAT NO. 10688 AMONG THE LAND RECORDS OF HOWARD COUNTY, MARYLAND

and further known as 8449 Oak Meade Way, Jessup, MD 20794

Subject to restrictions, covenants and easements of record.

I hereby certify that the within instrument was prepared under the supervision of either Howard N. Bierman, Jacob Geesing and Carrie M. Ward, attorneys-at-law duly admitted to practice before the Court of Appeals of the State of Maryland.

Howard N. Bierman
Jacob Geesing
Carrie M. Ward

WITNESS the hands and seals of the said Substitute Trustees.

IN PRESENCE OF

_____    Howard N. Bierman

David A Edlavitch —
as to all    _____    Jacob Geesing

_____    Carrie M. Ward

STATE OF MARYLAND    )
COUNTY OF MONTGOMERY    ) ss.

I, David A Edlavitch , a Notary Public in and for the aforesaid jurisdiction do hereby certify that Howard N. Bierman, Jacob Geesing and Carrie M. Ward, parties to a certain deed bearing the date of the 28th day of October , 2009, and hereto annexed, personally appeared before me in said jurisdiction, the said parties, being personally well known to me or satisfactorily proven to me as the persons who executed the same deed and acknowledged the same to be their intentional act and deed.

Given under my hand and seal this 28th day of October , 2009.

_____

My Commission Expires: 10/4/11    Notary Public

All taxes on Assessments certified
to the Collector of Taxes for
Howard County, Md. by 11/27/10
have been paid. This statement is for
the purpose of permitting recordation
and is not assurance against further
taxation even for prior periods, nor
does it guarantee satisfaction of
outstanding tax sales

DAVID A. EDLAVITCH
NOTARY PUBLIC
MONTGOMERY COUNTY, MD

LIBER 12297 FOLIO 436

**SEE ATTACHED LEGAL DESCRIPTION**

and further known as 13069 Triadelphia Mill Road, Clarksville, MD 21029

Subject to restrictions, covenants and easements of record.

I hereby certify that the within instrument was prepared under the supervision of either Howard N. Bierman, Jacob Geesing or Carrie M. Ward, attorneys-at-law duly admitted to practice before the Court of Appeals of the State of Maryland.

Howard N. Bierman
Jacob Geesing
Carrie M. Ward

WITNESS the hands and seals of the said Substitute Trustee(s).

IN PRESENCE OF

Howard N. Bierman
Jacob Geesing
Carrie M. Ward

STATE OF MARYLAND )
COUNTY OF MONTGOMERY ) ss.

I, _David G Edvard_, a Notary Public in and for the aforesaid jurisdiction do hereby certify that the above Substitute Trustee _Howard N. Berman_, personally appeared before me in said jurisdiction, being personally well known to me or satisfactorily proven to me as the person who executed this Deed and acknowledged the same to be their intentional act and deed.

Given under my hand and seal this _5th_ day of _January_, 2010.

My Commission Expires: _11/4/11_        Notary Public _____

**SEE ATTACHED LEGAL DESCRIPTION**

and further known as 9060 Gracious End Court, Unit # 302, Columbia, MD 21046

Subject to restrictions, covenants and easements of record.

I hereby certify that the within instrument was prepared under the supervision of either Howard N. Bierman, Jacob Geesing and Carrie M. Ward, attorneys-at-law duly admitted to practice before the Court of Appeals of the State of Maryland.

———————————————
Howard N. Bierman
Jacob Geesing
Carrie M. Ward

WITNESS the hands and seals of the said Substitute Trustees.

IN PRESENCE OF

———————————————      ———————————————
                                          Howard N. Bierman

———————————————      ———————————————
David A Edlavitch                   Jacob Geesing
as to all

———————————————      ———————————————
                                          Carrie M. Ward

STATE OF MARYLAND            )
COUNTY OF MONTGOMERY   ) ss.

I, David A Edlavitch, a Notary Public in and for the aforesaid jurisdiction do hereby certify that Howard N. Bierman, Jacob Geesing and Carrie M. Ward, parties to a certain deed bearing the date of the 30 day of September, 2009, and hereto annexed, personally appeared before me in said jurisdiction, the said parties, being personally well known to me or satisfactorily proven to me as the persons who executed the same deed and acknowledged the same to be their intentional act and deed.

Given under my hand and seal this 30 day of September, 2009.

My Commission Expires: 12/4/11        ——————————————
                                                            Notary Public

*[Notary seal: DAVID A. EDLAVITCH NOTARY PUBLIC MONTGOMERY COUNTY, MD]*

31408 221

**BEING KNOWN AND DESIGNATED AS LOT (3) IN BLOCK "C" IN A SUBDIVISION KNOWN AS "HIGHBRIDGE ESTATES" AS PER PLAT THEREOF RECORDED IN PLAT BOOK WWW 30 AT PLAT 29 AMONG THE LAND RECORDS OF PRINCE GEORGE'S COUNTY, MARYLAND. BEING IN THE 14TH ELECTION DISTRICT OF SAID COUNTY.**

and further known as 13327 Old Chapel Road, Bowie, MD 20720

Subject to restrictions, covenants and easements of record.

I hereby certify that the within instrument was prepared under the supervision of either Howard N. Bierman, Jacob Geesing and Carrie M. Ward, attorneys-at-law duly admitted to practice before the Court of Appeals of the State of Maryland.

Howard N. Bierman
Jacob Geesing
Carrie M. Ward

WITNESS the hands and seals of the said Substitute Trustees.

IN PRESENCE OF

_____          _____
                                          Howard N. Bierman

David A Edlavitch
as to all                                 _____
                                          Jacob Geesing

                                          _____
                                          Carrie M. Ward

STATE OF MARYLAND          )
COUNTY OF MONTGOMERY       ) ss.

I, _David A Edlavitch_ Notary Public in and for the aforesaid jurisdiction do hereby certify that Howard N. Bierman, Jacob Geesing and Carrie M. Ward, parties to a certain deed bearing the date of the _18th_ day of _May_, 2009, and hereto annexed, personally appeared before me in said jurisdiction, the said parties, being personally well known to me or satisfactorily proven to me as the persons who executed the same deed and acknowledged the same to be their intentional act and deed.

Given under my hand and seal this _18th_ day of _May_, 2009.

_____
Notary Public

My Commission Expires: _1/4/4_

LIBER 12315 FOLIO 387

**SEE ATTACHED LEGAL DESCRIPTION**

and further known as 10211 Rutland Round Road, Unit # 67, Columbia, MD 21044

Subject to restrictions, covenants and easements of record.

I hereby certify that the within instrument was prepared under the supervision of either Howard N. Bierman, Jacob Geesing and Carrie M. Ward, attorneys-at-law duly admitted to practice before the Court of Appeals of the State of Maryland.

Howard N. Bierman
Jacob Geesing
Carrie M. Ward

WITNESS the hands and seals of the said Substitute Trustees.

IN PRESENCE OF

Howard N. Bierman

Jacob Geesing

Carrie M. Ward

STATE OF MARYLAND )
COUNTY OF MONTGOMERY ) ss.

I, _David A Edlavitch_ a Notary Public in and for the aforesaid jurisdiction do hereby certify that Howard N. Bierman, Jacob Geesing and Carrie M. Ward, parties to a certain deed bearing the date of the _29th_ day of _October_, 2009, and hereto annexed, personally appeared before me in said jurisdiction, the said parties, being personally well known to me or satisfactorily proven to me as the persons who executed the same deed and acknowledged the same to be their intentional act and deed.

Given under my hand and seal this _29th_ day of _October_, 2009.

My Commission Expires: _12/4/11_     Notary Public

All Taxes un Assessments certified to the Collector of Taxes for Howard County, Md. by _11/18/09_ have been paid. This statement is for the purpose of permitting recordation and is not assurance against further taxation even for prior periods, nor does it guarantee satisfaction of outstanding tax sales

DAVID A. EDLAVITCH
NOTARY PUBLIC
MONTGOMERY COUNTY, MD

31207 097

LOT NUMBERED ELEVEN (11) IN BLCOK LETTERED "R" IN THE SUBDIVISION KNOWN AS "UNIVERSITY GARDENS" IN PRINCE GEORGE'S COUNTY, MARYLAND AS PER PLAT THEREOF RECORDED IN PLAT BOOK BB 12, AT PLAT 62, AMONG THE LAND RECORDS FOR SAID PRINCE GEORGE'S COUNTY, MARYLAND (17TH ELECTION DISTRICT)

and further known as 2421 Hannon Street, Hyattsville, MD 20783

Subject to restrictions, covenants and easements of record.

I hereby certify that the within instrument was prepared under the supervision of either Howard N. Bierman, Jacob Geesing and Carrie M. Ward, attorneys-at-law duly admitted to practice before the Court of Appeals of the State of Maryland.

Howard N. Bierman
Jacob Geesing
Carrie M. Ward

WITNESS the hands and seals of the said Substitute Trustees.

IN PRESENCE OF

Howard N. Bierman

Jacob Geesing

Carrie M. Ward

STATE OF MARYLAND        )
COUNTY OF MONTGOMERY     ) ss.

I, _____ a Notary Public in and for the aforesaid jurisdiction do hereby certify that Howard N. Bierman, Jacob Geesing and Carrie M. Ward, parties to a certain deed bearing the date of the 2rd day of October, 2009, and hereto annexed, personally appeared before me in said jurisdiction, the said parties, being personally well known to me or satisfactorily proven to me as the persons who executed the same deed and acknowledged the same to be their intentional act and deed.

Given under my hand and seal this 2rd day of October, 2009.

My Commission Expires: 12/4/11        Notary Public

31301  333

**BEING KNOWN AND DESIGNATED AS LOT NUMBERED NINE (9) IN BLOCK LETTERED "C" IN A SUBDIVISION KNOWN AS SECTION 1, PALMER PARK, AS PER PLAT THEREOF RECORDED IN PLAT BOOK WWW 23 AT PLAT 63, AMONG THE LAND RECORDS OF PRINCE GEORGE'S COUNTY, MARYLAND; BEING IN THE 13TH ELECTION DISTRICT**

and further known as 7615 Normandy Road, Hyattsville, MD  20785

Subject to restrictions, covenants and easements of record.

I hereby certify that the within instrument was prepared under the supervision of either Howard N. Bierman, Jacob Geesing or Carrie M. Ward, attorneys-at-law duly admitted to practice before the Court of Appeals of the State of Maryland.

Howard N. Bierman

Jacob Geesing

Carrie M. Ward

WITNESS the hands and seals of the said Substitute Trustee(s).

IN PRESENCE OF

Howard N. Bierman

Jacob Geesing

Carrie M. Ward

STATE OF MARYLAND                    )

COUNTY OF MONTGOMERY           ) ss.

I, _David A Edlavitch_ , a Notary Public in and for the aforesaid jurisdiction do hereby certify that the above Substitute Trustee _Howard N. Bierman_ , personally appeared before me in said jurisdiction, being personally well known to me or satisfactorily proven to me as the person who executed this Deed and acknowledged the same to be their intentional act and deed.

Given under my hand and seal this ___ day of _December_ , 2009.

My Commission Expires: _11/4/11_                    Notary Public

31301 333

**BEING KNOWN AND DESIGNATED AS LOT NUMBERED NINE (9) IN BLOCK LETTERED "C" IN A SUBDIVISION KNOWN AS SECTION 1, PALMER PARK, AS PER PLAT THEREOF RECORDED IN PLAT BOOK WWW 23 AT PLAT 63, AMONG THE LAND RECORDS OF PRINCE GEORGE'S COUNTY, MARYLAND; BEING IN THE 13TH ELECTION DISTRICT**

and further known as 7615 Normandy Road, Hyattsville, MD 20785

   Subject to restrictions, covenants and easements of record.

I hereby certify that the within instrument was prepared under the supervision of either Howard N. Bierman, Jacob Geesing or Carrie M. Ward, attorneys-at-law duly admitted to practice before the Court of Appeals of the State of Maryland.

                                   Howard N. Bierman
                                   Jacob Geesing
                                   Carrie M. Ward

   WITNESS the hands and seals of the said Substitute Trustee(s).

IN PRESENCE OF

_____          _____
                                   Howard N. Bierman
                                   Jacob Geesing
                                   Carrie M. Ward


STATE OF MARYLAND          )
COUNTY OF MONTGOMERY       ) ss.

   I, _David A Edlavitch_, a Notary Public in and for the aforesaid jurisdiction do hereby certify that the above Substitute Trustee _Howard N. Bierman_, personally appeared before me in said jurisdiction, being personally well known to me or satisfactorily proven to me as the person who executed this Deed and acknowledged the same to be their intentional act and deed.

   Given under my hand and seal this ___ day of _December_, 2009.

My Commission Expires: _11/4/11_          Notary Public

31405 002

**DESCRIBED AS FOLLOWS: LOT 46, CHARLES G. SCHULTZ SUBDIVISION, BB 93. BEING MORE FULLY DESCRIBED I A DEED DATED 10/06/2003 AND RECORDED 05/24/2004, AMONG THE LAND RECORDS OF THE COUNTY AND STATE SET FORTH ABOVE, IN DEED VOLUME 19555 AND PAGE 181.**

and further known as 7009 East Clinton Street, Clinton, MD 20735

Subject to restrictions, covenants and easements of record.

I hereby certify that the within instrument was prepared under the supervision of either Howard N. Bierman, Jacob Geesing or Carrie M. Ward, attorneys-at-law duly admitted to practice before the Court of Appeals of the State of Maryland.

_____
Howard N. Bierman
Jacob Geesing
Carrie M. Ward

WITNESS the hands and seals of the said Substitute Trustee(s).

IN PRESENCE OF

_____
Howard N. Bierman
Jacob Geesing
Carrie M. Ward

STATE OF MARYLAND                    )
COUNTY OF MONTGOMERY         )  ss.

I, _David A Edlavitch_, a Notary Public in and for the aforesaid jurisdiction do hereby certify that the above Substitute Trustee _Jacob Geesing_ personally appeared before me in said jurisdiction, being personally well known to me or satisfactorily proven to me as the person who executed this Deed and acknowledged the same to be their intentional act and deed.

Given under my hand and seal this _3rd_ day of _November_, 2009.

My Commission Expires: _12/4/11_        _____
                                                              Notary Public



DAVID A. EDLAVITCH
NOTARY PUBLIC
MONTGOMERY COUNTY, MD

31301 341

BEING KNOWN AND DESIGNATED AS LOT NUMBERED THIRTY-THREE (33) IN BLOCK LETTERED "A", IN A SUBDIVISION KNOWN AS "BRADBURY PARK", PRINCE GEORGE'S COUNTY, MARYLAND, AS PER PLAT THEREOF RECORDED IN PLAT BOOK WWW 21 AT FOLIO 92, AMONG THE LAND RECORDS OF SAID PRINCE GEORGE'S COUNTY, MARYLAND.

and further known as 2605 Fort Drive, Camp Springs, MD 20746

Subject to restrictions, covenants and easements of record.

I hereby certify that the within instrument was prepared under the supervision of either Howard N. Bierman, Jacob Geesing and Carrie M. Ward, attorneys-at-law duly admitted to practice before the Court of Appeals of the State of Maryland.

Howard N. Bierman
Jacob Geesing
Carrie M. Ward

WITNESS the hands and seals of the said Substitute Trustees.

IN PRESENCE OF

Howard N. Bierman

Jacob Geesing

Carrie M. Ward

STATE OF MARYLAND          )
COUNTY OF MONTGOMERY          ) ss.

I, _David A. Edlavitch_, a Notary Public in and for the aforesaid jurisdiction do hereby certify that Howard N. Bierman, Jacob Geesing and Carrie M. Ward, parties to a certain deed bearing the date of the 26th day of October, 2009, and hereto annexed, personally appeared before me in said jurisdiction, the said parties, being personally well known to me or satisfactorily proven to me as the persons who executed the same deed and acknowledged the same to be their intentional act and deed.

Given under my hand and seal this 26th day of October, 2009.

My Commission Expires: 12/14/11          Notary Public

DAVID A. EDLAVITCH
NOTARY PUBLIC
MONTGOMERY COUNTY, MD



31305 545

**ALL THAT CERTAIN LOT OR PARCEL OF LAND SITUATED, LYING AND BEING IN PRINCE GEORGE'S COUNTY, MARYLAND, AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS: LOT NUMBERED SEVEN (7), IN BLOCK LETTERED "K", AS SHOWN ON A PLAT ENTITLED, "SECTION SIX (6), HILLCREST HEIGHTS", AS PER PLAT THEREOF RECORDED IN PLAT BOOK WWW 27 AT FOLIO 55 AMONG THE LAND RECORDS OF PRINCE GEORGE'S COUNTY, MARYLAND. ALSO KNOWN AS 2523 SAINT CLAIR DRIVE, TEMPLE HILLS, MARYLAND**

and further known as 2523 Saint Clair Drive, Temple Hills, MD  20748

Subject to restrictions, covenants and easements of record.

I hereby certify that the within instrument was prepared under the supervision of either Howard N. Bierman, Jacob Geesing or Carrie M. Ward, attorneys-at-law duly admitted to practice before the Court of Appeals of the State of Maryland.

Howard N. Bierman
Jacob Geesing
Carrie M. Ward

WITNESS the hands and seals of the said Substitute Trustee(s).

IN PRESENCE OF

Howard N. Bierman
Jacob Geesing
Carrie M. Ward

STATE OF MARYLAND          )
COUNTY OF MONTGOMERY       ) ss.

I, _David A Edlavitch_, a Notary Public in and for the aforesaid jurisdiction do hereby certify that the above Substitute Trustee _Jacob Geesing_, personally appeared before me in said jurisdiction, being personally well known to me or satisfactorily proven to me to be the person who executed this Deed and acknowledged the same to be their intentional act and deed.

Given under my hand and seal this _7th_ day of _December_, 2009.

My Commission Expires: _11/14/11_          Notary Public

31301  336

**ALL THE FOLLOWING DESCRIBED LAND AND PREMISES, WITH THE IMPROVEMENTS, EASEMENTS, AND APPURTENANCES THEREUNTO BELONGING, SITUATE, LYING AND BEING IN TH 18TH ELECTION DISTRICT OR PRINCE GEORGE'S COUNTY, MARYLAND, NAMELY: LOT NUMBERED THREE (3) IN BLOCK NUMBERED TWO (2), IN THE SUBDIVISION KNOWN AS, "PLAT ONE, PLEASANT HILLS", AS PER PLAT THEREOF RECORDED AMONG THE LAND RECORDS OF PRINCE GEORGE'S COUNTY, MARYLAND IN PLAT BOOK BB 6 AT PLAT NO. 69. BEING LOCATED IN THE 18TH ELECTION DISTRICT OF SAID COUNTY.**

and further known as 6212 Addison Road, Capitol Heights, MD 20743

Subject to restrictions, covenants and easements of record.

I hereby certify that the within instrument was prepared under the supervision of either Howard N. Bierman, Jacob Geesing or Carrie M. Ward, attorneys-at-law duly admitted to practice before the Court of Appeals of the State of Maryland.

Howard N. Bierman
Jacob Geesing
Carrie M. Ward

WITNESS the hands and seals of the said Substitute Trustee(s).

IN PRESENCE OF

Howard N. Bierman
Jacob Geesing
Carrie M. Ward

STATE OF MARYLAND            )
COUNTY OF MONTGOMERY         ) ss.

I, _David A Edlavitch_, a Notary Public, in and for the aforesaid jurisdiction do hereby certify that the above Substitute Trustee _Howard N. Bierman_, personally appeared before me in said jurisdiction, being personally well known to me or satisfactorily proven to me as the person who executed this Deed and acknowledged the same to be their intentional act and deed.

Given under my hand and seal this _11th_ day of _December_, 2009.

My Commission Expires: _12/4/11_            Notary Public

DAVID A. EDLAVITCH
NOTARY PUBLIC
MONTGOMERY COUNTY, MD

.31305 287

**BEING KNOWN AND DESIGNATED AS LOT NO. 5, BLOCK A, AS SHOWN ON THE PLAT ENTITLED "PART OF BLOCK A, PLAT FOUR, MONTPELIER WEST", WHICH PLAT IS RECORDED AMONG THE PLAT RECORDS OF PRINCE GEORGE'S COUNTY IN PLAT BOOK W.W.W. NO. 74, PLAT NO. 44.**

and further known as 12707 Claxton Drive, Laurel, MD  20708

Subject to restrictions, covenants and easements of record.

I hereby certify that the within instrument was prepared under the supervision of either Howard N. Bierman, Jacob Geesing and Carrie M. Ward, attorneys-at-law duly admitted to practice before the Court of Appeals of the State of Maryland.

Howard N. Bierman
Jacob Geesing
Carrie M. Ward

WITNESS the hands and seals of the said Substitute Trustees.

IN PRESENCE OF

Howard N. Bierman

Jacob Geesing

Carrie M. Ward

STATE OF MARYLAND                    )
COUNTY OF MONTGOMERY             ) ss.

I, _David A Edlavich_ a Notary Public in and for the aforesaid jurisdiction do hereby certify that Howard N. Bierman, Jacob Geesing and Carrie M. Ward, parties to a certain deed bearing the date of the 28th day of _September_, 2009, and hereto annexed, personally appeared before me in said jurisdiction, the said parties, being personally well known to me or satisfactorily proven to me as the persons who executed the same deed and acknowledged the same to be their intentional act and deed.

Given under my hand and seal this 28th day of _September_, 2009.

My Commission Expires: _12/4/11_          Notary Public



31305 545

ALL THAT CERTAIN LOT OR PARCEL OF LAND SITUATED, LYING AND BEING IN PRINCE GEORGE'S COUNTY, MARYLAND, AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS: LOT NUMBERED SEVEN (7), IN BLOCK LETTERED "K", AS SHOWN ON A PLAT ENTITLED, "SECTION SIX (6), HILLCREST HEIGHTS", AS PER PLAT THEREOF RECORDED IN PLAT BOOK WWW 27 AT FOLIO 55 AMONG THE LAND RECORDS OF PRINCE GEORGE'S COUNTY, MARYLAND. ALSO KNOWN AS 2523 SAINT CLAIR DRIVE, TEMPLE HILLS, MARYLAND

and further known as 2523 Saint Clair Drive, Temple Hills, MD 20748

Subject to restrictions, covenants and easements of record.

I hereby certify that the within instrument was prepared under the supervision of either Howard N. Bierman, Jacob Geesing or Carrie M. Ward, attorneys-at-law duly admitted to practice before the Court of Appeals of the State of Maryland.

Howard N. Bierman
Jacob Geesing
Carrie M. Ward

WITNESS the hands and seals of the said Substitute Trustee(s).

IN PRESENCE OF

Howard N. Bierman
Jacob Geesing
Carrie M. Ward

STATE OF MARYLAND            )
COUNTY OF MONTGOMERY         ) ss.

I, _David A Edlavitch_ a Notary Public in and for the aforesaid jurisdiction do hereby certify that the above Substitute Trustee _Jacob Geesing_, personally appeared before me in said jurisdiction, being personally well known to me or satisfactorily proven to me as the person who executed this Deed and acknowledged the same to be their intentional act and deed.

Given under my hand and seal this _7th_ day of _December_, 2009.

My Commission Expires: _11/4/11_            Notary Public

BK 2 1 8 3 4 PG 0 6 6

BEING KNOWN AND DESIGNATED AS LOT 6, AS SHOWN ON THE PLAT ENTITLED "SECTION ONE BRITTINGHAM", WHICH PLAT IS RECORDED AMONG THE LAND RECORDS OF ANNE ARUNDEL COUNTY, IN PLAT BOOK 132, PAGE 50. THE IMPROVEMENTS THEREON BEING KNOWN AS 104 SIVLERLOCH COURT.

and further known as 104 Silverloch Court, Millersville, MD 21108

Subject to restrictions, covenants and easements of record.

I hereby certify that the within instrument was prepared under the supervision of either Howard N. Bierman, Jacob Geesing or Carrie M. Ward, attorneys-at-law duly admitted to practice before the Court of Appeals of the State of Maryland.

Howard N. Bierman
Jacob Geesing
Carrie M. Ward

WITNESS the hands and seals of the said Substitute Trustee(s).

IN PRESENCE OF

Howard N. Bierman
Jacob Geesing
Carrie M. Ward

STATE OF MARYLAND                    )
COUNTY OF MONTGOMERY        ) ss.

I, _____, a Notary Public in and for the aforesaid jurisdiction do hereby certify that the above Substitute Trustee _Howard N. Bierman_, personally appeared before me in said jurisdiction, being personally well known to me or satisfactorily proven to me as the person who executed this Deed and acknowledged the same to be their intentional act and deed.

Given under my hand and seal this _8th_ day of _December_, 2009.

My Commission Expires: _____      _____
                                                    Notary Public

BK 2 1 9 2 6 PG 4 1 1

BEING SITUATE AND LYING IN THE 5TH ELECTION DISTRICT IN ANNE ARUNDEL COUNTY, STATE OF MARYLAND, AND DESCRIBED AS LOT 12, AS SHOWN ON THE PLAT PREPARED BY J.R. MCCRONE, JR. AND RECORDED AMONG THE LAND RECORDS OF ANNE ARUNDEL COUNTY, IN CABINET NO. 3, ROD E-5, PLAT NO. 16.

and further known as 210 Evans Street, Glen Burnie, MD 21060

Subject to restrictions, covenants and easements of record.

I hereby certify that the within instrument was prepared under the supervision of either Howard N. Bierman, Jacob Geesing or Carrie M. Ward, attorneys-at-law duly admitted to practice before the Court of Appeals of the State of Maryland.

_____
Howard N. Bierman
Jacob Geesing
Carrie M. Ward

WITNESS the hands and seals of the said Substitute Trustee(s).

IN PRESENCE OF

_____          _____
                                 Howard N. Bierman
                                 Jacob Geesing
                                 Carrie M. Ward

STATE OF MARYLAND            )
COUNTY OF MONTGOMERY         ) ss.

I, _David A Edlavitch_, a Notary Public in and for the aforesaid jurisdiction do hereby certify that the above Substitute Trustee _Carlie M. Ward_, personally appeared before me in said jurisdiction, being personally well known to me or satisfactorily proven to me as the person who executed this Deed and acknowledged the same to be their intentional act and deed.

Given under my hand and seal this _15th_ day of _December_, 2009.

My Commission Expires: _12/4/11_        _____
                                        Notary Public

**BEING KNOWN AND DESIGNATED AS LOT NUMBER 1, GREENBRIAR, AS SHOWN ON A PLAT ENTITLED, "RESUBDIVISION OF BLOCK A1 AND C1, GREENBRIAR", WHICH PLAT IS RECORDED AMONG THE PLAT RECORDS OF ANNE ARUNDEL COUNTY, MARYLAND IN PLAT BOOK 141, PAGE 40. THE IMPROVEMENTS THEREON BEING KNOWN AS: 1 PETERS WAY, ANNAPOLIS, MD 21401.**

and further known as 1 Peters Way, Annapolis, MD 21401

      Subject to restrictions, covenants and easements of record.

I hereby certify that the within instrument was prepared under the supervision of either Howard N. Bierman, Jacob Geesing and Carrie M. Ward, attorneys-at-law duly admitted to practice before the Court of Appeals of the State of Maryland.

                                        Howard N. Bierman

                                        Jacob Geesing

                                        Carrie M. Ward

    WITNESS the hands and seals of the said Substitute Trustees.

    IN PRESENCE OF

                                          Howard N. Bierman

*David A. Edlavitch as to all*

                                        Jacob Geesing

                                        Carrie M. Ward

STATE OF MARYLAND          )

COUNTY OF MONTGOMERY    ) ss.

    I, *David A. Edlavitch* a Notary Public in and for the aforesaid jurisdiction do hereby certify that Howard N. Bierman, Jacob Geesing and Carrie M. Ward,  parties to a certain deed bearing the date of the *16th* day of *October*, 2009, and hereto annexed, personally appeared before me in said jurisdiction, the said parties, being personally well known to me or satisfactorily proven to me as the persons who executed the same deed and acknowledged the same to be their intentional act and deed.

    Given under my hand and seal this *16th* day of *October*, 2009.

My Commission Expires: *12/4/11*       Notary Public

LIBER 12285 PAGE 467

**SEE ATTACHED LEGAL DESCRIPTION**                              _856_

and further known as 1004 West Cross Street, Baltimore, MD 21230

      Subject to restrictions, covenants and easements of record.

I hereby certify that the within instrument was prepared under the supervision of either Howard N. Bierman, Jacob Geesing and Carrie M. Ward, attorneys-at-law duly admitted to practice before the Court of Appeals of the State of Maryland.

                        Howard N. Bierman
                        Jacob Geesing
                        Carrie M. Ward

      WITNESS the hands and seals of the said Substitute Trustees.

      IN PRESENCE OF

_David A Edlavitch_
_as to all_

                        Howard N. Bierman

                        Jacob Geesing

                        Carrie M. Ward

STATE OF MARYLAND          )
COUNTY OF MONTGOMERY     ) ss.

      I, _David A Edlavitch_, a Notary Public in and for the aforesaid jurisdiction do hereby certify that Howard N. Bierman, Jacob Geesing and Carrie M. Ward, parties to a certain deed bearing the date of the _19th_ day of _November_, 2009, and hereto annexed, personally appeared before me in said jurisdiction, the said parties, being personally well known to me or satisfactorily proven to me as the persons who executed the same deed and acknowledged the same to be their intentional act and deed.

      Given under my hand and seal this _19th_ day of _November_, 2009.

My Commission Expires: _12/4/11_      Notary Public

LIBER 12386 PAGE 281

for an additional $ 15,000.00 to **WTCK PROPERTIES, LLC,** which Assignment was incorporated in a Motion to Substitute said **WTCK PROPERTIES, LLC** as purchaser, said Substitution having been granted on November 20, 2009, by the Circuit Court for Baltimore City

NOW THIS DEED WITNESSETH, that the said, **SUBSTITUTE TRUSTEES,** and FS2P, LLC at and for and in total combined consideration of the premises, and the sum of FiftyFive Thousand and 00/100 Dollars ($ 55,000.00) current money, (of which $ 40,000.00 is to said Substitute Trustees) to them in hand paid by the said **WTCK PROPERTIES, LLC.** at and before the sealing and delivery of these presents, the receipt of which is hereby acknowledged, do grant unto the said **WTCK PROPERTIES, LLC,** its successors and assigns, all the aforesaid property hereinbefore described, with its appurtenances and all the right, title, interest and estate of the parties to the aforesaid Order, both at law and in equity, in and to the same.

TO HAVE AND TO HOLD the aforesaid property, with its appurtenances, unto the said **WTCK PROPERTIES, LLC,** its successors and assigns, in fee simple.

WITNESS the hands and seals of the said Substitute Trustees and assignor.

Witness:

_____(SEAL)
Howard N. Bierman, Substituted Trustee
Jacob Geesing, Substituted Trustee
Carrie Ward, Substituted Trustee

FS2P, LLC
by:_____(SEAL)
Anthony Polakoff, Member

STATE OF _Maryland_____, COUNTY OF _Montgomery_, to wit:

**I HEREBY CERTIFY,** that on this 20th day of January 2009, before me, the subscriber, a Notary Public of the State aforesaid, personally appeared _____, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged the foregoing Deed to be his/her act, and in my presence signed and sealed the same.

**IN WITNESS WHEREOF,** I hereunto set my hand and official seal.

Notary Public

My Commission expires: _____

LIBER 12393 PAGE 185

**SEE ATTACHED LEGAL DESCRIPTION**

and further known as 507 North Linwood Avenue, Baltimore, MD 21224

Subject to restrictions, covenants and easements of record.

I hereby certify that the within instrument was prepared under the supervision of either Howard N. Bierman, Jacob Geesing or Carrie M. Ward, attorneys-at-law duly admitted to practice before the Court of Appeals of the State of Maryland.

_____
Howard N. Bierman
Jacob Geesing
Carrie M. Ward

WITNESS the hands and seals of the said Substitute Trustee(s).

IN PRESENCE OF

_____        _____
Howard N. Bierman
Jacob Geesing
Carrie M. Ward

STATE OF MARYLAND          )
COUNTY OF MONTGOMERY        ) ss.

I, David A Edlavitch, a Notary Public in and for the aforesaid jurisdiction do hereby certify that the above Substitute Trustee Jacob Geesing, personally appeared before me in said jurisdiction, being personally well known to me or satisfactorily proven to me as the person who executed this Deed and acknowledged the same to be their intentional act and deed.

Given under my hand and seal this 1st day of December 2009.

My Commission Expires: 12/4/11      _____
Notary Public

*[Notary seal: DAVID A. EDLAVITCH — NOTARY PUBLIC — MONTGOMERY COUNTY, MD]*

BC CIRCUIT COURT (Land Records) [MSA CE 164-21546] FMC 12393, p. 0185. Printed 08/17/2010. Online 02/05/2010.

LIBER 1 2 3 1 6 PAGE 0 7 7

BEGINNING FOR THE SAME ON THE EAST SIDE OF REGESTER STREET, AT THE DISTANCE OF 88 FEET SOUTHERLY FROM THE CORNER FORMED BY THE INTERSECTION OF THE EAST SIDE OF REGESTER STREET AND THE SOUTH SIDE OF GOUGH STREET; AND RUNNING THENCE NORTHERLY BINDING ON THE EAST SIDE OF REGESTER STREET, 12 FEET; THENCE EASTERLY, AT RIGHT ANGLES WITH REGESTER STREET, 60 FEET; THENCE SOUTHERLY 12 FEET; AND THENCE WESTERLY 60 FEET TO THE PLACE OF BEGINNING.

and further known as 307 South Regester Street, Baltimore, MD 21231 ___ *1762*

Subject to restrictions, covenants and easements of record.

I hereby certify that the within instrument was prepared under the supervision of either Howard N. Bierman, Jacob Geesing or Carrie M. Ward, attorneys-at-law duly admitted to practice before the Court of Appeals of the State of Maryland.

Howard N. Bierman
Jacob Geesing
Carrie M. Ward

WITNESS the hands and seals of the said Substitute Trustee(s).

IN PRESENCE OF

Howard N. Bierman
Jacob Geesing
Carrie M. Ward

STATE OF MARYLAND            )
COUNTY OF MONTGOMERY         ) ss.

I, _David A Edlavitch_ , a Notary Public in and for the aforesaid jurisdiction do hereby certify that the above Substitute Trustee _Jacob Geesing_ , personally appeared before me in said jurisdiction, being personally well known to me or satisfactorily proven to me as the person who executed this Deed and acknowledged the same to be their intentional act and deed.

Given under my hand and seal this _4th_ day of _December_ , 2009.

My Commission Expires: _8/4/11_       Notary Public

DAVID A. EDLAVITCH
NOTARY PUBLIC
MONTGOMERY COUNTY, MD

LIBER 1 2 4 0 0 PAGE 4 8 8

**SEE ATTACHED LEGAL DESCRIPTION "EXHIBIT A"**

and further known as 3859 Lyndale Avenue, Baltimore, MD 21213

Subject to restrictions, covenants and easements of record.

I hereby certify that the within instrument was prepared under the supervision of either Howard N. Bierman, Jacob Geesing and Carrie M. Ward, attorneys-at-law duly admitted to practice before the Court of Appeals of the State of Maryland.

Howard N. Bierman
Jacob Geesing
Carrie M. Ward

WITNESS the hands and seals of the said Substitute Trustees.

IN PRESENCE OF

Howard N. Bierman

Jacob Geesing

Carrie M. Ward

STATE OF MARYLAND            )
COUNTY OF MONTGOMERY         ) ss.

I, _David A Edlavitch_ a Notary Public in and for the aforesaid jurisdiction do hereby certify that Howard N. Bierman, Jacob Geesing and Carrie M. Ward, parties to a certain deed bearing the date of the _16th_ day of _November_, 2009, and hereto annexed, personally appeared before me in said jurisdiction, the said parties, being personally well known to me or satisfactorily proven to me as the persons who executed the same deed and acknowledged the same to be their intentional act and deed.

Given under my hand and seal this _16th_ day of _November_, 2009.

My Commission Expires: _12/4/11_            Notary Public

31405 321

ALL THAT PARCEL OF LAND IN THE CITY OF HYATTSVILLE, PRINCE GEORGE'S COUNTY, STATE OF MARYLAND, AS MORE FULLY DESCRIBED IN DEED BOOK 5010, PAGE 548, ID NUMBER 13-1504901, BEING KNOWN AND DESIGNATED AS LOT 67, CENTENNIAL VILLAGE, FILED IN PLAT BOOK 94, PAGE 40.

AND WHEREAS, Countrywide Home Loans, Inc. (Countrywide Home Loans, Inc.) joins in the execution of this Deed, as evidenced by the signature herein below of its duly authorized and appointed corporate officer, to grant and convey any and all right(s), title and interest(s) in the aforesaid property to the party of the third part, namely, the Secretary of Housing and Urban Development, his successors and assigns.

Property Address: 9035 Continental Place, Hyattsville, MD 20785

WITNESS the hands and seals of the said Substitute Trustees.

IN PRESENCE OF

_____               _____
                                        Howard N. Bierman

_____               _____
                                        Jacob Geesing

_____               _____
                                        Carrie M. Ward