IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| MARJORIE STEWART, ET. AL., <br>     Plaintiff, <br><br> v. <br><br> HOWARD BIERMAN, ET AL., <br><br>     Defendant. | ) ) ) ) ) ) ) ) ) ) ) Case No. 8:10-cv-02822-RWT |

## MOTION FOR EXTENSION OF TIME
## TO FILE INITIAL RESPONSIVE PLEADING

Pursuant to Fed. R. Civ. Pro Rule 6(b)(1), Defendants respectfully request that the Court extend to January 6, 2011 the time within which all Defendants may initially plead or otherwise respond to the Complaint in this matter. The reasons supporting this request are contained in the attached Memorandum of Points and Authorities.

Dated: November 29, 2010

Respectfully submitted,

Howard Bierman, et al.,
Defendants
By Counsel

SANDS ANDERSON PC

_____/s/_____
J. Jonathan Schraub
(Maryland Bar No.: 01660)
(Federal Bar No.: 02708)
Paige Levy
jjschraub@sandsanderson.com
plevy@sandsanderson.com
1497 Chain Bridge Road, Suite 202
McLean, VA  22101
(703) 893-3600
(703) 893-8484 (fax)
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** was served via the ECF Filing System to the following on November 29, 2010:

> Gerald Solomon
> Solomon & Bascietto, LLC
> 9857 Majestic Drive
> Boynton Beach, Florida 33437
> Telephone: (800) 604-7449
> Fax: (561) 735-3536
> Email: jerry@saveyourdream.us
>
> John J. Bascietto
> Solomon & Bascietto, LLC
> 4741 Sellman Road
> Beltsville, Maryland 20705
> Telephone: (240) 206-6002
> Email: johnbaslaw@gmail.com
>
> Scott C. Borison
> 5500 Buckeystown Pike
> Frederick, Maryland 21703
> Telephone: (301) 620-1016
> Fax: (301) 620-1018
> borison@legglaw.com
>
> Michael Gregg Morin
> 124 South Street, Suite 3
> Annapolis, Maryland 21401
> Telephone: (410) 280-6133
> Fax: (410) 280-8650
> Email: mikemorin.morinlaw@gmail.com

                                                   /s/
                                   J. Jonathan Schraub